IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MOHANGANY DOUGLAS,<br><br>   Plaintiff,<br><br>v.<br><br>SUGAR FOODS,<br><br>   Defendant. | Civil Action No.<br><br>1:22-cv-04604-LMM-CCB<br><br>JURY TRIAL DEMANDED |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mohangany Douglas and Defendant Sugar Foods, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above-captioned action.  All parties agree to pay their own costs and fees.

*[Signatures on following page]*

- 2 -

Respectfully submitted this 18th day of October 2023.

| **BARRETT & FARAHANY** | **JACKSON LEWIS P.C.** |
|---|---|
| s/ *Kira Fonteneau* | */s/ Kathryn M. White\** |
| Kira Fonteneau | Emily S. Borna |
| Georgia Bar No. GA103355 | Georgia Bar No. 064065 |
| P.O. Box 530092 | Kathryn M. White |
| Atlanta, GA 30353 | Georgia Bar No. 528556 |
| (404) 214-0120 | 171 17th Street, NW |
| kira@justiceatwork.com | Suite 1200 |
| ***Attorney for Plaintiff*** | Atlanta, Georgia 30363 |
| | Telephone:  (404) 525-8200 |
| | Facsimile:  (404) 525-1173 |
| | Emily.Borna@jacksonlewis.com |
| | Kathryn.White@jacksonlewis.com |
| | ***Attorneys for Defendant*** |
| | *\*Signed with express permission* |

## **LOCAL RULE 5.1 CERTIFICATION**

In accordance with L.R. 5.1(C), I hereby certify that this document has been prepared in 14 point, Times New Roman font.

*/s/ Kira Y. Fonteneau*
Georgia Bar No. 103355

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MOHANGANY DOUGLAS,<br><br>  Plaintiff,<br><br>v.<br><br>SUGAR FOODS,<br><br>  Defendant. | Civil Action No.<br><br>1:22-cv-04604-LMM-CCB<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following counsel of record:

Emily S. Borna
Kathryn M. White
JACKSON LEWIS, P.C.
171 17th Street, NW
Suite 1200
Atlanta, Georgia 30363
Emily.Borna@jacksonlewis.com
Kathryn.White@jacksonlewis.com
***Attorneys for Defendant***

Dated this 18th day of October 2023.

- 2 -

        By:   */s/ Kira Y. Fonteneau*
                Kira Y. Fonteneau